

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| THE HUNTINGTON NATIONAL BANK, § | | |
|     Plaintiff, § | | |
| § | | |
| vs. § | CIVIL ACTION NO. 3:15-01250-MGL | |
| § | | |
| ROBERT SACKETT, as personal § | | |
| representative for the Estate of Phyllis Elaine § | | |
| Busby Livingston; and RICHARD H. § | | |
| LIVINGSTON, § | | |
|     Defendants. § | | |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION
## AND DISMISSING THE ACTION WITHOUT PREJUDICE

This case was filed as a 28 U.S.C. § 1335 action. Defendant Livingston is proceeding pro se. The matter is before the Court for review of the Report and Recommendation (Report) of the United States Magistrate Judge suggesting that this matter be dismissed without prejudice. The Report was made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a de novo determination of those portions of the Report to which specific objection is made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. 28 U.S.C. § 636(b)(1).

The Magistrate Judge filed the Report on December 2, 2015, and none of the parties filed any objections to the Report.  "[I]n the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'"  *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note).  Moreover, a failure to object waives appellate review.  *Wright v. Collins*, 766 F.2d 841, 845-46 (4th Cir. 1985).

After a thorough review of the Report and the record in this case pursuant to the standard set forth above, the Court adopts the Report and incorporates it herein.  It appearing to the Court that no party will be prejudiced by dismissal of this action and that dismissal is proper under these circumstances, therefore, it is the judgment of the Court that this matter is hereby **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Procedure 41(a)(2).

**IT IS SO ORDERED**.

Signed this 4th day of December, 2015, in Columbia,  South Carolina.

s/ Mary Geiger Lewis
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE

*****

### NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this Order within thirty days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.